Emiliano Malizia (SBN 298545)
E-mail:        emiliano.malizia@tlrtlaw.com
S. Martin Keleti (SBN 144208)
E-mail:        smartin.keleti@tlrtlaw.com
TOSOLINI, LAMURA, RASILE & TONIUTTI, LLP
9465 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212
Telephone:     (323) 989-7014
Fax:           (646) 536-8719

*Attorneys for plaintiffs* **Solutions 30 Eastern Europe, s.r.l.**, ***Swordfish Advisory Services s.r.l.****, and* ***Federico Salmoiraghi***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLUTIONS 30 EASTERN EUROPE, S.R.L., a Romanian limited liability company; SWORDFISH ADVISORY SERVICES S.R.L., a Romanian limited liability company; and FEDERICO SALMOIRAGHI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MUDDY WATERS CONSULTING LLC, a Delaware limited liability company; MUDDY WATERS CAPITAL LLC, a Delaware limited liability company; and CARSON C. BLOCK, an individual,<br><br>Defendants. | Case No.: 4:21-cv-02423-YGR<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[Civil L.R. 3-12(a) & 7-11] |

TO THE HONORABLE YVONNE GONZALEZ ROGERS, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil L.R. 3-12(a) and 7-11, the undersigned notifies the Court of the filing on July 20, 2021, of a complaint in *Michele Galotta v. Carson C. Block, et al.*, Case No. 3:21-cv-05556-JCS (the "New Action") by plaintiff Michele Galotta against two of the same defendants (Carson C. Block and Muddy Waters Capital LLC) in the above-entitled action, Case No. 4:21-cv-02423-YGR (the "Original Action"). In addition to the defendants in common (only the plaintiffs are different), the actions concern substantially the same transaction or event, in that one of the publications defamed plaintiffs in both actions. It also appears likely that there will be an unduly

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
1

1  burdensome duplication of labor and expense or conflicting results if the cases are conducted before
2  different judges.
3      A chambers copy of this motion will be lodged with the assigned judge in both the Original
4  Action and the New Action pursuant to Civil L.R. 5-1(b). Pursuant to Civil L.R. 3-12(a) plaintiffs in
5  the Original Action will furnish a copy of this motion to counsel for plaintiff in the New Action (the
6  attorneys for plaintiffs in the Original Action and plaintiff in the New Action are the same) to serve
7  with the summons, complaint, and other case-initiating documents required to be served on
8  defendants in the New Action.
9  Dated: October 18, 2021          TOSOLINI, LAMURA, RASILE & TONIUTTI, LLP

By: /s/ *S. Martin Keleti*
S. Martin Keleti
Attorneys for plaintiffs Solutions 30 Eastern Europe, s.r.l.,
Swordfish Advisory Services s.r.l., and Federico Salmoiraghi

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
2