UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOLUTIONS 30 EASTERN EUROPE, S.R.L.**, *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>**MUDDY WATERS CAPITAL LLC**, *et al.*,<br><br>                Defendants. | Case No. 4:21-cv-02423-YGR<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 40 |

On January 12, 2022, the Court granted the defendants' motion to strike and dismiss the complaint pursuant to Section 425.16 of the California Code of Civil Procedure. (Dkt. No. 40.) The order directed plaintiffs to file any amended complaint by February 1, 2022 and warned that failure to do so would result in a *sua sponte* dismissal of this case. No amended complaint was filed. In light of the foregoing, the case is dismissed with prejudice.

The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

Dated: February 3, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**