# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF  THE NORTHERN DISTRICT OF CALIFORNIA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 4:21-cv-02423-YGR

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 04/02/2021

Date of judgment or order you are appealing: 04/28/2022

Docket entry number of judgment or order you are appealing: 53

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Muddy Waters Capital LLC
Carson C. Block

Is this a cross-appeal?  ○ Yes   ● No
If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ● Yes   ○ No
If yes, what is the prior appeal case number? 22-15303

Your mailing address (if pro se):

City:         State:         Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Ambika Kumar        **Date** 5/31/2022

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                 *Rev. 12/01/2021*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Muddy Waters Capital LLC
Carson C. Block

Name(s) of counsel (if any):

Bruce E.H. Johnson
Ambika Kumar
MaryAnn Almeida

Address: 920 Fifth Avenue Ste. 3300, Seattle, WA 98104

Telephone number(s): (206) 622-3150

Email(s): brucejohnson@dwt.com; ambikakumar@dwt.com; maryannalmeida@d

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Solutions 30 Eastern Europe S.R.L.
Swordfish Advisory Services S.R.L.
Federico Salmoiraghi

Name(s) of counsel (if any):

S. Martin Keleti
Emiliano Malizia

Address: 9465 Wilshire Boulevard, Suite 300, Beverly Hills, CA 90212

Telephone number(s): (323) 989-7014

Email(s): smartin.keleti@tlrtlaw.com; emiliano.malizia@tlrtlaw.com; s.martin.kel

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　　　　　*2*　　　　　　　　　　　　　*New 12/01/2018*