UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SOLUTIONS 30 EASTERN EUROPE S.R.L., a Romanian limited liability company; et al.,

    Plaintiffs-Appellants,

v.

MUDDY WATERS CAPITAL, LLC, a Delaware limited liability company; CARSON C. BLOCK, an individual,

    Defendants-Appellees.

No. 22-15303

D.C. No. 4:21-cv-02423-YGR
Northern District of California, Oakland

ORDER

The appellants did not file the opening brief by the due date. This case is therefore dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

This order, served on the district court, will become the mandate of the court in 21 days.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT


    By: Terri Haugen
    Deputy Clerk
    Ninth Circuit Rule 27-7

tah/7.18.22/Pro Mo