UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SOLUTIONS 30 EASTERN EUROPE S.R.L., a Romanian limited liability company; et al.,

    Plaintiffs-Appellees,

v.

MUDDY WATERS CAPITAL, LLC, a Delaware limited liability company; CARSON C. BLOCK, an individual,

    Defendants-Appellants.

No. 22-15814

D.C. No. 4:21-cv-02423-YGR
Northern District of California, Oakland

ORDER

Appellant's motion (Docket Entry No. 6) for voluntary dismissal is granted.

This appeal is dismissed. Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo